# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **BRIANA WALKER,** | ) |
| Plaintiff, | ) )  ) |
| v. | ) ) | CIVIL ACTION NUMBER:
| | ) 2:15-cv-00274-MHH |
| **FREEDOM RAIN, INC., d/b/a The Lovelady Center,** | ) ) ) |
| Defendant. | ) |

## DEFENDANT'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Rule 3.4 of the Local Rules of the Northern District of Alabama, Defendant Freedom Rain, Inc. d/b/a The Lovelady Center ("Defendant") states that it is a non-profit corporation providing housing and transitional services to women who are homeless, escaping domestic violence, or battling substance abuse. Defendant has no parent, subsidiary, or affiliate that has issued shares or debt securities to the public. Defendant is a privately-held corporation, and no publicly held corporation owns more than 10% of its stock.

1

Respectfully submitted,

s/ Anne Knox Averitt

T. Matthew Miller
Anne Knox Averitt
Bradley Arant Boult Cummings LLP
Attorneys for Freedom Rain, Inc. d/b/a
    The Lovelady Center
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203-2104
Telephone: (205) 521-8000
Facsimile: (205) 521-8800

## CERTIFICATE OF SERVICE

I hereby certify that on March 30, 2015, I electronically filed the foregoing Motion with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>Robert J. Camp
>Russell W. Adams
>Wiggins, Childs, Pantazis, Fisher & Goldfarb, LLC
>The Kress Building
>301 19th Street North
>301 19th Street North
>Birmingham, AL 35203

s/ Anne Knox Averitt
OF COUNSEL
