FILED
2016 Apr-05 PM 05:45
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT B

McGahee

megaheemelinda02091016_INDEXpg3.txt

3

```
 1                    I N D E X
 2   EXAMINATION BY:              PAGE NUMBER:
 3   MR. CAMP:                        5 - 357
 4   EXHIBITS:
 5   (Premarked) Exhibit 1 - LC001-182; 199-210
 6   Number 4 - Affidavit ✓   (Referenced on page 324, line
 7   Number 5 - LC312-328 ✓        19-21)
 8   Number 6 - LC273-286 ✓
 9   Number 7 - LC296-311 ✓
10   Number 8A - Lovelady 006-14 007
11   Number 8C - Lovelady 008-009 ✓   Number 8(d) Saturday LC
12   Number 9A - M.Bates V LC0011 ✓    00011 and 00010
13   Number 11A - L.Mackins V LC0124 ✓  (Referenced on
14   Number 17A - B.Bates V LC0121-0124 ✓  page 243, line
15   Number 17B - L.Mackins V LC0171, LC0190 ✓ 0006  1-4 of depo)
16   Number 17C - B.Walker 0009, 0005, 0011, ^0009, 0011
17   Number 20 - L.Mackins 0029 ✓
18   Number 35 - LC596-610 ✓
19   Number 35A - General 000121-153 ✓
20   Number 35B - LC331-357 ✓
21   Number 39C - General 000228-249 ✓
22   Number 40 - LC181, LC496, LC498, LC500, LC497,
23   LC615, LC499 ✓
```



Page 1

```
 1                    I N D E X
 2
 3   EXAMINATION BY:              PAGE NUMBER:
 4
 5   MR. CAMP:                        7 - 421
 6
 7   EXHIBITS:
 8   DEFENDANTS:
 9   Number 1:  Deft's Objections
10              & Designations to Plf's       10
11
12   PLAINTIFFS:
13   (All Exhibits were premarked)      Number 1: LC 001-182, 199-210
14   Number 1A- LC212-272 ✓  ←          (referenced on pages 37-41)
15   Number 4 - Affidavit ✓
16   Number 5 - LC312-328 ✓
17   Number 6 - LC273-286 ✓
18   Number 7C- LC021 — should have been removed; referred to redaction not an exhibit
19   Number 8A- Lovelady 006-X 007
20   Number 8B- LC0006-0007 — Gaddis v. LC 0006-0007
21   Number 8C- LC008-009 ✓
22   Number 8D- LC0011-0010 — Saturday v. LC 0011-0010
23   Number 8E- LC010-011 — Lovelady 010-011
```

4

```
 1   EXHIBITS CONTINUED:
 2   Number 8F- Lovelady 004-005
 3   Number 9A- LC0011 — M. Bates v. LC 0011
```

McNeil

13B missing from index; but on disk from Freedom.
L. Mackins v. LC 0030 0034 and 0053.

```
4    Number 13A-M.Bates v LC0036 & M.Bates v LC0038
5    Number 15A-Gaddis v LC 0025, 20-21 (has 15B attached.)
6    Number 15B-LC0020-21 Saturday v. LC 0020-0021
7    Number 22C - Jones 000091 ✓
8    Number 23- Lovelady 001-002 & Saturday v LC0042 ✓
9    Number 24- Saturday v LC0029-30 & Saturday v
10   LC0041 ✓
11   Number 25A - LC044-069 - Saturday v. LC 0044, 0026, 0046-0048, 0050, 0050-57, 0062; 0068-0069.
12   Number 26A- M.Bates v LC 0111, 116-118, 120 ✓
13   Number 35 - LC596-610 ✓
14   Number 37D- General 000160-164 ✓
15   Number 40 - LC181, LC496, LC498, LC500, LC497,
16   LC615, LC499 ✓
17   Number 41 - LC0683, LC654, LC678, LC644, LC679,
18   LC646, LC680, LC649, LC684, LC655, LC685, LC658
19   LC659, LC686, LC661, LC688, LC664, LC689, LC666,   → LC672 not 679.
20   LC690, LC668, LC691, LC670, LC692, LC679, LC693,
21   LC675, LC681, LC696, LC676, LC653, LC616
22
23
                                    5


1    EXHIBITS CONTINUED:
2
3    Number 42 - LC0698, LC647, LC700, LC648, LC701,
4    LC652, LC702, LC656, LC703, LC660, LC704, LC663,
5    LC705, LC665, LC707  LC669, ^708 LC671, LC709, LC673,
6    LC710, LC674, LC712, LC677, LC708 → LC712, LC677
7    Number 44 - B.Walker 091-112, LC642
8
9
```

*McLaughlin*

mclaughlinelizabeth020516_INDEX3.txt

3

```
 1                    I N D E X
 2
 3   EXAMINATION BY:            PAGE NUMBER:
 4
 5   MR. ADAMS:
 6
 7   EXHIBITS:
 8   PLAINTIFFS:
 9   ELIZABETH MCLAUGHLIN:
10   Number 1A - LC212-LC272 ✓
11   Number 22A- Jones 002 and 003 ✓
12   Number 22C- "Join Our Team" SJ Jones 000091
13   Exhibit 46A - Jones 000004-5 ✓
14   Exhibit 46B - Jones 000006-12 (6,7,8,9,10,12,11,12 - on disk)
15   Exhibit 46C - Jones 000013-18 ✓
16   Exhibit 46D - Jones 000019-41 ✓
17   Exhibit 46E - Jones 000042-68 ✓
18   Exhibit 46F - Jones 000069 ✓
19   Exhibit 46G - Jones 000070-71 ✓
20   Exhibit 46H - Jones 000072-74 ✓
21   Exhibit 46I - Jones 000075-77 ✓
22   Exhibit 46J - Jones 000078-90 ✓
23
```

harrisonamanda021616_INDEX3-4.txt

HAVISON

3

|     | I N D E X |
| --- | --- |
| 1   |           |
| 2   |           |
| 3   | EXAMINATION BY:           PAGE NUMBER: |
| 4   | MR. CAMP:                 5 - 219 |
| 5   |           |
| 6   | EXHIBITS: |
| 7   | (All Exhibits are premarked.) |
| 8   | PLAINTIFFS: |
| 9   | Number 20 - L.Mackins 0029 ✓ |
| 10  | Number 23 - Lovelady 001 ✓ — 002; Saturday LC0042 (these pages |
| 11  | Number 41 - Number 41 - LC0683, LC654, LC0678,   Also missing from disk=exhibit |
| 12  | LC644, LC0679, LC646, LC0680, LC649, LC0684,    is correct on |
| 13  | LC655, LC0685, LC658, LC659, LC0686, LC661,     McNeil disk) |
| 14  | LC0688, LC664, LC0689, LC666, LC0690, LC668, |
| 15  | LC0691, LC670, LC0692, LC672, LC0693, LC675, |
| 16  | LC0681, LC0696, LC676, LC653, LC616 ✓ |
| 17  | Number 43- LC501-LC614 ✓ |
| 18  | Number 44- B.Walker091-112, LC642 ✓ |
| 19  | Number 49A-LC690, LC668, LC572-574 ✓ |
| 20  | Number 49B-General 00928, 9289, 9290, 9306-9311, |
| 21  | 9316-9319 ✓ |
| 22  | Number 49C-LC0707, LC669, LC572-574, General |
| 23  | 009320 ✓ |

4

| 1 | EXHIBITS CONTINUED:    51 ~~on the disk has~~: General 9320; 928; |
| --- | --- |
| 2 | Number 51 - General ~~009130~~   927; 926; 926; 925; 928. |
| 3 | Number 52 - General 000304 ✓ |

Page 1

harrisonamanda021616_INDEX3-4.txt

On disk =
(94, 88, 88, 80, 88, 9451,
94, 0080, 8014, 0080,
8072, 0094.)

4   Number 53 - General 0094, 0088, 0094, 0080, 0094
5   Number 54B- General 000290-000293 ✓
6   Number 55A- General 000284-000286 ✓
7   Number 55B- LC0707, LC669, LC572-574 ✓
8   Number 55C- General 000280-283 ✓
9   Number 55D- LC0708, LC575-577, LC671 ✓
10  Number 55E- General 000277-278 ✓
11  Number 55F- General 279, LC0709, LC673, ✓
12  LC578-580 ✓
13  Number 55G- General 000274-276 ✓
14  Number 55H- LC0710, LC674, LC582 581
15  Number 55I- LC0696, LC676, LC583-585, General
16  000269-271 ✓
17  Number 55J- LC0712, LC677, LC583-585, LC0714,
18  LC0713 ✓
19  Number 55K- General 000265-267 ✓
20  Number 56A- General 000409-000412, ~~LC683~~ LC 0233
21  Number 58-  Gaddis v LC0088-LC0117 ✓
22  Number 60-  M.Bates v LC 0145-0181 ✓
23  ~~Number~~ 59 - Walker v. LC 00118-139 (ref on depo at 144, line 13)

Exs 59 and 60 are on disk as one exhibit

Page 2

*Mullen*

mullenrosie020415_INDEX3-4.txt

```
 1                I N D E X
 2
 3   EXAMINATION BY:           PAGE NUMBER:
 4
 5   MR. CAMP:                     6 - 287
 6
 7   EXHIBITS:
 8   PLAINTIFFS:
 9   ROSIE MULLEN:
10   (All Exhibits were premarked)
11   Number 1 -  LC001-182, 199-210 ✓
12   Number 1A-  LC212-272 ✓
13   Number 15A- Gaddis v LC 0025, 20-21 (includes 15B)
14   Number 15B- Saturday v LC 0020-0021
15   Number 16A- 0014-18 Gaddis v. LC 0014-0018
16   Number 17A- M.Bates v LC 0121-124 ✓
17   Number 17C- B.Walker 0009, 5, 11, 6, 9, 11 ✓
18   Number 21B- Gaddis v LC 0037-54 (on disk 17c is in front of 21B-same pdf.)
19   Number 21C- Gaddis v LC 0062-73, 85-86 ✓
20   Number 22A- Jones0000002-3 ✓
21   Number 22C- Jones0000091 ✓
22   Number 26A- M.Bates v LC 0111, 116-118, 120 ✓
23   Number 26C- Saturday v LC 0036, 39, 32 ✓
```

```
 1   EXHIBITS CONTINUED:
 2   Number 26D- Walker v LC 0109, 110, 116, 107 ✓
 3   Number 27A- L.Mackins v LC 0157-160, 163-165 ✓
```

```
                mullenrosie020415_INDEX3-4.txt
 4      Number 35A- General 000121-153 ✓
 5      Number 37A- General 000171 ✓                        -0203
 6      Number 37B- General 000119 ✓ ———— 39(a): General 00172 ~~0203~~
 7      Number 39B- General 000204-000227 ✓  (referenced on page
 8      Number 39C- Genearl 000228-000249 ✓    270, line 18-23)
 9      Number 42 - LC0698, 647,
10      700,648,701,652,702,656, 703, 660, 704, 663,
11      705, 665, 707, 669, 671, 709, 673, 710, ~~674,~~
12      ~~712, 677, 708~~    706         712, 677
13      Number 43 - 501-614 ✓
14      Number 44 - B.Walker 091-111, LC642 ✓
15      Number 45 - LC634, LC530-532 ✓
16
17
18
19
20
21
22
23
```

*Prescott*
prescottbob021616_INDEXpg3.txt

3

```
1                    I N D E X
2
3    EXAMINATION BY:              PAGE NUMBER:
4
5    MR. CAMP:                    5 - 146
6
7    EXHIBITS:
8    PLAINTIFFS:
9    BOB PRESCOTT:
10   Number 37A- General 000171 ✓
11   Number 39B- General 000204-000227 ✓
12   Number 39C- General 000228-000249 ✓
13   Number 40 - LC181, LC496, LC498, LC500,
14            LC497, LC615, LC499 ✓
15   Number 41 - LC0683, LC654, LC0678, LC644, ✓
16   LC0679, LC646, LC0680, LC649, LC0684, LC655,
17   LC0685, LC658, LC659, LC0686, LC661, LC0688,
18   LC664, LC0689, LC666, LC0690, LC668, LC0691,
19   LC670, LC0692, LC672, LC0693, LC675, LC0681,
20   LC0696, LC676, LC653, LC616
21   Number 56A- General 000409-412, LC633
22
23   PX-056 on the disk has 50A, 50B, and 50C. /SAB
```

babcindexletter.txt

1   March 9, 2016
2
3   Mathew Miller
4   Bradley Arant
5   100 Federal Place
6   Birmingham, AL  35203
7
8   Re:  Lovelady Exhibit corrections:
9
10  Ladies & Gentleman:
11
12  It was brought to my attention that there were some
13  Exhibits missing that should have been attached to some
14  of the witnesses in the Lovelady case.
15
16  Attached please find new thumb drives, which contain any
17  additional Exhibits that were missing and the corrected
18  index pages for each witness.  Please remove the current
19  Index pages for each witness identified and replace with
20  the new corrected attached Index pages.
21
22  Sorry for any inconvenience and if you have any
23  questions, please e-mail me at janetarledge@gmail.com.
24
25  Janet Arledge, CRR, RPR

1