FILED
2016 Apr-08 PM 06:05
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| BRIANA WALKER, §<br>individually and on behalf of §<br>herself and all others similarly §<br>situated, §<br>  §<br>Plaintiff, §<br>  §<br>v. §<br>  §<br>FREEDOM RAIN, INC., §<br>d/b/a The Lovelady Center, §<br>  §<br>Defendant. § | CIVIL ACTION NO.<br>2:15-cv-00274-MHH |

## DEFENDANT FREEDOM RAIN, INC.'S
## MOTION FOR PARTIAL SUMMARY JUDGMENT

Defendant Freedom Rain, Inc. ("Freedom Rain") moves this Court, pursuant to Rule 56 of the Federal Rules of Civil Procedure, for an order of summary judgment on the threshold issue of whether Freedom Rain's rehabilitation program participants, participating in work therapy internally at the Lovelady Center or externally at Freedom Rain's thrift store, were its employees under the Fair Labor Standards Act. In support of this motion, Freedom Rain states that no genuine issue of material fact exists as to the relationship between Freedom Rain and its rehabilitation program participants, who were not its employees.

This motion will be supported by a brief in support of motion for summary judgment and evidentiary submission, which Freedom Rain will file contemporaneously with this motion.

Freedom Rain respectfully requests that this Court enter partial summary judgment as to this threshold issue.

Respectfully submitted,

s/ T. Matthew Miller
T. Matthew Miller
Tiffany J. deGruy
Anne Knox Averitt
Mary Ann Couch
Attorneys for Defendants
Bradley Arant Boult Cummings LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203-2104
Telephone: (205) 521-8000
Facsimile: (205) 521-8800
E-mail: tmmiller@babc.com
E-mail: tdegruy@babc.com
E-mail: aaveritt@babc.com
E-mail: macouch@babc.com

# **CERTIFICATE OF SERVICE**

      I hereby certify that on April 8, 2016, I served the foregoing via CM/ECF, on the following:

      Robert J. Camp
      Russell W. Adams
      Wiggins, Childs, Pantazis, Fisher & Goldfarb, LLC
      The Kress Building
      301 19th Street North
      Birmingham, AL 35203
      205-314-0500 Telephone
      205-254-1500 Facsimile
      *Attorneys for Plaintiffs*

                                                          s/ T. Matthew Miller
                                                                OF COUNSEL