FILED
2016 Apr-08 PM 06:48
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT 1

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| BRIANA WALKER, individually and on behalf of herself and all others similarly situated, | ) ) ) ) CIVIL ACTION NO. ) 2:15-cv-274-MHH |
| Plaintiff, | ) ) |
| v. | ) |
| FREEDOM RAIN, INC., d/b/a The Lovelady Center, | ) ) ) ) |
| Defendant. | ) |

## AFFIDAVIT OF KRISTA BAILEY

1. My name is Krista Bailey. I am over the age of nineteen (19) and competent to give this Affidavit. The information in this Affidavit is based on my personal knowledge.

2. I am a rehabilitation program participant at The Lovelady Center, and I have been enrolled since August 2013.

3. I understand that this Affidavit is submitted in opposition to a motion for notice to bring a collective action in this lawsuit filed by Freedom Rain's former rehabilitation program participant Briana Walker.

4. I enrolled at The Lovelady Center for substance abuse treatment, and I was referred to the program by drug court order.

1

5. I understand that I am not an employee of Freedom Rain, Inc. and that I am enrolled at The Lovelady Center for rehabilitation services, support, and eventually reentry into society.

6. Freedom Rain's rehabilitation program consists of five phases, each with increasing privileges and responsibilities.

7. Rather than offering isolated rehabilitation and then releasing participants into the world, these incremental steps and the nurturing Christian environment are what makes Freedom Rain different from other rehabilitation programs.

8. Freedom Rain's rehabilitation services include job training, job placement assistance, and work therapy.

9. From September through December 2013, I participated in work therapy inside the Lovelady Center. During that time, I worked in the kitchen. I understood that this was work therapy and that I was not an employee of Lovelady.

10. I am meeting my volunteer hours through several projects outside the Lovelady Center. For example, I am volunteering in the community with animal service projects, and for Meals on Wheels at a nearby nursing home.

11. I choose how to meet my volunteer hours, and I record those hours on a separate volunteer time sheet.

12. I was employed outside the Lovelady Center for Blackwell's Way from December 2013 through October 2014.

13. Since March 2015, I have been employed outside the Lovelady Center for Collegiate Admission Retention Solutions ("CARS").

14. CARS pays me directly on a biweekly basis.

15. My paycheck goes into my bank account, and it is my responsibility to pay my program fees to Freedom Rain, just as I would have to pay any other bill.

16. My daughter comes and stays with me at The Lovelady Center every other weekend.

17. My goal through this program is to learn to live independently, hold a job, and regain full time custody of my daughter.

18. I believe the rehabilitation program at The Lovelady Center has saved my life.

I have read the foregoing Affidavit and I swear and affirm that it is true and correct to the best of my personal knowledge.

[Signature Follows]

*Krista Bailey*
Krista Bailey

Sworn to and subscribed to before me this the 14 day of May, 2015.

*Rosie Mae Mu[...]*
Notary Public

My commission expires:    MY COMMISSION EXPIRES NOVEMBER 24, 2016

[Notary Seal]

4