# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **BRIANA WALKER,** individually and on behalf of herself and all others similarly situated, § § § § § **Plaintiff,** § § **v.** § § **FREEDOM RAIN, INC.,** § d/b/a The Lovelady Center, § § **Defendant.** § | **CIVIL ACTION NO. 2:15-cv-00274-MHH** |

## JOINT PROPOSED ORDER

The parties have informed the Court that the issues raised by Freedom Rain, Inc.'s motions for relief pertaining to depositions have been resolved and the court reporter has provided corrected deposition transcripts and exhibits to the parties. (Docs. 43, 45).

The parties have filed cross-motions for partial summary judgment. (Docs. 52, 56, 58). The parties may file responses to those motions on or before June 1, 2016. The Court's regular page limitation on summary judgment responses is

enlarged to 35 pages.  The parties may file replies to the summary judgment responses on or before June 15, 2016.

Freedom Rain has filed motions to dismiss the claims of Andrea Bishop, Melissa Saturday, Megan Deweber White, and Joyce Jones.  (Docs. 48, 49, 50, 51).  Responses to those motions are due on or before June 1, 2016, and replies to those responses are due on or before June 15, 2016.

The Court asks the Clerk to please **TERM** Docs. 43 and 45.

**DONE** and **ORDERED** this May 12, 2016.

_____
**MADELINE HUGHES HAIKALA**
UNITED STATES DISTRICT JUDGE