# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| **BRIANA WALKER,** individually and on behalf of herself and all others similarly situated, | ( ( ( ( ( | |
| Plaintiffs, | ( ( | |
| v. | ( ( ( | **CIVIL ACTION NO. 2:15-cv-00274-MHH** |
| **FREEDOM RAIN, INC.,** d/b/a The Lovelady Center, | ( ( ( | |
| Defendant. | ( | |

## JOINT STATUS REPORT

The Parties jointly file this status report in compliance with the Court's July 10, 2017 order requesting the parties to file a joint report updating the Court on the status of the settlement agreement. In support of this pleading, the Parties state:

1. As noted in the Parties' July 7, 2017 Joint Motion to Stay, on June 30, 2017, the Parties mediated this case with mediator Fern Singer and reached a tentative settlement as set forth in the Parties' mediation agreements.

2. The Parties need additional time to finalize the settlement.

3. The Parties therefore request that the Court continue to stay all proceedings in the case including the addition of any new parties until October 31, 2017 or the submission of a settlement agreement.

4. The Parties' request is in aid of the Parties' efforts to resolve the case without any further expenditure of judicial or party resources, will not prejudice any party, and is in the interests of justice.

WHEREFORE, the Parties respectfully request that the Court enter an order staying the action.

    Respectfully submitted,

*/s/ Robert J. Camp (with permission)*
Robert J. Camp
Russell W. Adams
Email: rcamp@wigginschilds.com
Email: radams@wigginschilds.com
*Counsel for Plaintiffs*

**OF COUNSEL:**
WIGGINS, CHILDS, PANTAZIS, FISHER & GOLDFARB, LLC
The Kress Building
301 19th Street North
Birmingham, Alabama
Telephone: (205) 314-0500
Facsimile: (205) 254-1500

*/s/ Tiffany J. deGruy*
Tiffany J. deGruy
*One of the Attorneys for Defendants*

**OF COUNSEL:**
BRADLEY ARANT BOULT CUMMINGS, LLP
T. Matthew Miller
Tiffany J. deGruy
Anne Knox Averitt
Mary Ann Couch
One Federal Place
1819 Fifth Avenue North
Birmingham, Alabama 35203
Telephone: (205) 521-8000
Facsimile: (205) 521-8800
E-mail:  mmiller@bradley.com
E-mail:  tdegruy@bradley.com
E-mail:  aaveritt@bradley.com
E-mail:  macouch@bradley.com