FILED
2018 Jan-17 PM 04:51
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **BRIANA WALKER,** individually and on behalf of herself and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> **FREEDOM RAIN, INC.,** d/b/a The Lovelady Center, <br><br> Defendant. | **CIVIL ACTION NO.** <br> **2:15-cv-00274-MHH** |

## JOINT STATUS REPORT

The Parties jointly file this status report in compliance with the Court's December 26, 2017 Order (Doc. No. 117) directing the parties to either file a settlement agreement for approval or a joint report updating the Court on the status of the settlement negotiations. The parties previously provided a Joint Status Report to the Court on November 27, 2017 (Doc. No. 116). In support of this pleading, the Parties state as follows:

1. The Parties have exchanged drafts of the settlement agreement and related documents, and have had phone calls to discuss the same, but need additional time to finalize the settlement.

2. Following discussions this week, the Parties believe it would be helpful to update the Court on the status of their settlement negotiations and several outstanding issues.

3. The Parties therefore request that the Court schedule a status conference on or after February 1, 2018.

4. The Parties additionally request that the Court continue to stay all proceedings in the case.

5. The Parties' requests are in aid of the Parties' efforts to resolve the case without any further expenditure of judicial or party resources, will not prejudice any party, and are in the interests of justice.

WHEREFORE, the Parties respectfully request that the Court enter an order scheduling a status conference on or after February 1, 2018, and continuing the stay in this action.

January 17, 2018

                                            Respectfully submitted,

                                            */s/ Robert J. Camp (with permission)*
                                            Robert J. Camp
                                            Russell W. Adams
                                            Email: rcamp@wigginschilds.com
                                            Email: radams@wigginschilds.com
                                            *Counsel for Plaintiffs*

**OF COUNSEL:**
WIGGINS, CHILDS, PANTAZIS, FISHER & GOLDFARB, LLC
The Kress Building
301 19th Street North
Birmingham, Alabama
Telephone: (205) 314-0500
Facsimile: (205) 254-1500

                                        */s/ T. Matthew Miller*
                                        T. Matthew Miller
                                        *One of the Attorneys for Defendant*

**OF COUNSEL:**
BRADLEY ARANT BOULT CUMMINGS, LLP
T. Matthew Miller
Tiffany J. deGruy
Anne Knox Averitt
Mary Ann Couch
One Federal Place
1819 Fifth Avenue North
Birmingham, Alabama 35203
Telephone: (205) 521-8000
Facsimile: (205) 521-8800
E-mail:  mmiller@bradley.com
E-mail:  tdegruy@bradley.com
E-mail:  aaveritt@bradley.com
E-mail:  macouch@bradley.com